# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MALEK F. ALHALWAN,<br><br>　　　　　Defendant. | Case No.  1: 13 MJ 00150<br><br>**ORDER MODIFYING CONDITIONS OF PROBATION (18 U.S.C.  § 3563(c))** |

On March 6, 2014, a post-sentencing status review hearing was held in this case. The United States appeared through Special Assistant United States Attorney Elliott Montgomery, Esq. and defendant through his counsel, Samer A. Salhab, Esq.

Pursuant to the parties' stipulated oral motion to modify conditions of probation, the defendant's conditions of probation are hereby modified pursuant to 18 U.S.C. § 3563(c) as follows:

Special Condition Number One of probation which requires that the defendant complete 35 hours of unpaid community service at a non-profit organization is hereby vacated and Special Condition Number Three is modified to impose an additional condition of probation whereby the defendant shall pay an additional fine in the amount of $350.00

for a total fine obligation of $680.

All other conditions of probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 11, 2014**

UNITED STATES MAGISTRATE JUDGE