BENJAMIN B. WAGNER
United States Attorney
ELLIOTT C. MONTGOMERY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:13-MJ-00150 |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO TERMINATE |
| v. | ) INFORMAL PROBATION IN MISDEMEANOR |
| | ) CASE |
| MALEK ALHELWAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, ELLIOTT C. MONTGOMERY, Special Assistant United States Attorney, counsel for plaintiff, and SAM A. SALHAB, counsel for defendant, MALEK ALHELWAN, that the term of unsupervised probation imposed at sentencing by the court in this matter may now be terminated as MALEK ALHELWAN has satisfied all conditions of probation.

Mr. ALHELWAN was sentenced by this court on August 7, 2013 to a $330 total fine and $20 in total penalty assessments, and was placed on a 12-month term of unsupervised probation during which he was to complete 35 hours of community service.  On March 6, 2013, the parties agreed to a modification of the sentence where the 35 hours

of community service were converted to a $350 fine, and that modification was ordered by the Court pursuant to 18 U.S.C. § 3563(c).

The parties stipulate that MALEK ALHELWAN has completed all his sentencing obligations – paid his fine/penalty assessment and has obeyed all laws – therefore, the parties request termination of Mr. ALHELWAN probation at this time.

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: March 14, 2015      By: /s/ Elliott C. Montgomery
                               ELLIOTT C. MONTGOMERY
                               Special Assistant U.S. Attorney

Dated: March 14, 2014      By: /s/ Sam A. Salhab
                               SAM A. SALHAB
                               Attorney for Defendant
```

### O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's probation is terminated.

IT IS SO ORDERED.

Dated: **March 14, 2014**

UNITED STATES MAGISTRATE JUDGE